UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH MALEK, ET AL,

      Plaintiff,

vs                              Case No: 07-14042
                                    Honorable Victoria A. Roberts

FIRST GUARANTEE
MORTGAGE, LLC, ET AL,

      Defendant.

_____/

## <u>ORDER</u>

On May 13, 2009, the Court entered an Order requiring counsel and clients to appear for a settlement conference on Wednesday, June 17, 2009.  Mr. Christopher Lang, owner of Defendant company, failed to appear.  His counsel, John Potvin, made him aware of his obligation to appear.  Because of his absence, the Court was unable to engage in meaningful settlement discussions.

The Court has rescheduled the Settlement Conference to Tuesday, June 23, 2009 at 10:00 a.m.

Mr. Lang's failure to appear for the Settlement Conference will result in a default judgment entered against all Defendants.

**IT IS ORDERED.**

                              /s/Victoria A. Roberts_____
                             Victoria A. Roberts
                             United States District Judge

Dated:  June 18, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 18, 2009.

s/Linda Vertriest
Deputy Clerk